R. ADELE SCHAFFNER, Appellant, *v.* NEW YORK TRUST COMPANY, As Trustee under the Will of CORTLANDT F. BISHOP, Respondent.

Argued January 7, 1943; decided February 25, 1943.

*Everett M. Seixas, Jr.,* and *Marvin W. Levy* for appellant.

*Mark F. Hughes* and *Pierce J. Gerety* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.